UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATHLEEN WALZ,

          Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

CASE NO. C21-1142-BAT

**ORDER REMANDING FOR FURTHER PROCEEDINGS**

The parties filed a stipulated motion to remand the case for further proceedings. Dkt. 14. Based upon the parties' stipulation, the Court ORDERS:

    1)    The stipulated motion to remand (Dkt. 14) is GRANTED.

    2)    The Commissioner's decision in regard to Plaintiff's applications for disability insurance benefits under Title II and supplemental security income benefits under Title XVI of the Social Security Act is REVERSED AND REMANDED to the Commissioner of Social Security for a new hearing and a new decision by an administrative law judge (ALJ).

    3)    On remand, the ALJ will re-evaluate the opinion evidence of record, considering its supportability and consistency with the evidence of record; re-evaluate Plaintiff's maximum residual functional capacity; determine whether Plaintiff is able to do any work considering her assigned residual functional capacity, age, education, and work experience; and, if warranted by

the expanded record, obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on Plaintiff's ability to perform other work in the national economy.

4) Plaintiff may be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

DATED this 22nd day of February, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER REMANDING FOR FURTHER PROCEEDINGS - 2